IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

Dallas Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | ____-CR-____ (____) |
| v. | ) ) | |
| AVANOS MEDICAL, INC., | ) ) ) | 3-21CR0307-E |
| Defendant. | ) ) ) ) ) ) | Count 1: 21 U.S.C. § 331(a), <br> 21 U.S.C. § 333(a)(2) |

## CRIMINAL INFORMATION
(Introduction of Misbranded Surgical Gowns in Interstate Commerce
With Intent to Defraud and Mislead)
21 U.S.C. §§ 331(a), 333(a)(2)

The United States of America charges:

1. From on or about November 1, 2014 through on or about January 15, 2015, in the Northern District of Texas and elsewhere, the Defendant,

AVANOS MEDICAL, INC.,

with the intent to defraud and mislead, introduced and caused the introduction into interstate commerce medical devices, namely MicroCool surgical gowns, that were misbranded within the meaning of Title 21, United States Code, Section 352(a), in that the labeling of the gowns as

AAMI Level 4 under the 2012 ANSI/AAMI PB70 standard was false and misleading.

All in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2).

GUSTAV W. EYLER
Director, Consumer Protection Branch
Civil Division
United States Department of Justice

By: _____
Allan Gordus, Senior Litigation Counsel
Arkansas Bar No. 95285
allan.gordus@usdoj.gov
Consumer Protection Branch
Civil Division
United States Department of Justice
450 Fifth Street, NW
Washington, D.C. 20530
202-616-0295

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division
United States Department of Justice

By: _____
John ("Fritz") Scanlon, Trial Attorney
DC Bar No. 983169
john.scanlon@usdoj.gov
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC 20005
202-304-2946

PRERAK SHAH
Acting United States Attorney
Northern District of Texas

By: _____
Katherine Miller, Assistant U.S. Attorney
Texas Bar No. 00789107
katherine.miller@usdoj.gov
United States Attorney's Office
Northern District of Texas
1100 Commerce Street, 3rd Floor
Dallas, TX 75242
214-659-8600